UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRELL L. CHAPMAN | CIVIL ACTION |
| VERSUS | NUMBER: 16-13034 |
| CORRECT CARE SOLUTIONS, ET AL. | SECTION: "I"(5) |

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the motion to dismiss[1] of Defendant, Correct Care Solutions, LLC, is granted and that Plaintiff's claims are otherwise dismissed with prejudice pursuant to 28 U.S.C. §§1915A and 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 9th day of February, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 14